# United States Bankruptcy Court
## Northern District of Texas

# VOLUNTARY PETITION

| IN RE: (Name of debtor - If individual, enter: Last, First, Middle) **Proctor, Mildred L** | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years (inc. married, maiden, and trade names) | ALL OTHER NAMES used by joint debtor in the last 6 years (inc. married, maiden, and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) **445349548** | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |
| COUNTY OF RESIDENCE/BUSINESS: | COUNTY OF RESIDENCE/BUSINESS: |
| MAILING ADDRESS OF DEBTOR (If different from street address) **P.O. BOX 117315 Dallas, Texas 75011** | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if other than street address) | VENUE (Check one box) [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR** (Check one box)
[X] Individual
[ ] Joint (Husband & Wife)
[ ] Partnership
[ ] Other _____
[ ] Corporation Publicly Held
[ ] Corporation Not Publicly Held
[ ] Municipality

**NATURE OF DEBT** (Check one box)
[X] Non-Business/Consumer
[ ] Business - Complete A&B below

**A. TYPE OF BUSINESS** (Check one box)
[ ] Farming  [ ] Transportation  [ ] Commodity Broker
[ ] Professional  [ ] Manufacturing/Mining  [ ] Construction
[ ] Retail/Wholesale  [ ] Stockbroker  [ ] Real Estate
[ ] Railroad  [ ] Other Business

**CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION** (Check one box)
[ ] Chapter 7   [ ] Chapter 11   [X] Chapter 13
[ ] Chapter 9   [ ] Chapter 12   [ ] Sec. 304

**SMALL BUSINESS (Chapter 11 only)**
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (opt'l)

**FILING FEE** (Check one box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b): see Official Form No. 3

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Law Offices Lane McDaniel, P.C.
2880 LBJ, Suite 261
Dallas, Texas 75234

Telephone No: (972)620-9121
NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
Lane McDaniel 13520000
See Attached Sheet

STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

[ ] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
1-15 [X]   16-49 [ ]   50-99 [ ]   100-199 [ ]   200+ [ ]

**ESTIMATED ASSETS** (in thousands of dollars)
Under 50 [ ]   50-99 [ ]   100-499 [X]   500-999 [ ]   1000+ [ ]

**ESTIMATED LIABILITIES** (in thousands of dollars)
Under 50 [ ]   50-99 [X]   100-499 [ ]   500-999 [ ]   1000+ [ ]

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**
0 [ ]   1-19 [ ]   20-99 [ ]   100-999 [ ]   1000+ [ ]

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
0 [ ]   1-19 [ ]   20-99 [ ]   100-999 [ ]   1000+ [ ]

---

THIS SPACE FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS    RECEIPT

Case # 00-34436 SAF    Chapter 13    # 030100629 - AR
Filed: 02:50 PM, 07/10/00    Dallas    02:53 PM, July 10, 2000

| Code | Qty | Amount |
|---|---|---|
| 013 | 1 | $185.00 |

Judge: Steven A. Felsenthal
Trustee: Thomas D. Powers
Debtor(s):
  Mildred L. Proctor

ORIGINAL

TOTAL PAID: $185.00
From: M. Lane McDaniel
cash $25.00 ck# 4617
2880 LBJ Frwy., Suite 310
Dallas, TX 75234-7599

3

FORM 1. VOLUNTARY PETITION - Page 2  Name of Debtor(s): Mildred L Proctor

Case Number: _____

| FILING OF PLAN |
|---|

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

[ ] A copy of debtor's proposed plan dated _____ is attached.

[X] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (if more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |
| Relationship | District | Judge |

## REQUEST FOR RELIEF
Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

X _/s/ [signature]_ ATTORNEY
Lafe McDaniel

Date 7-10-2000

### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _/s/ Mildred L. Proctor_
Mildred L Proctor

Date _____

X **Not Applicable**
Signature of Joint Debtor

Date _____

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

X **Not Applicable**
Signature of Authorized Individual

**Not Applicable**
Print or Type Name of Authorized Individual

**Not Applicable**
Title of Individual Authorized by Debtor to File this Petition

Date _____

If the debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.
If I am represented by an attorney, Exhibit "B" has been completed.

X **Not Applicable**
Signature of Debtor  Date

X **Not Applicable**
Signature of Joint Debtor  Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed or Typed Name of Bankruptcy Petition Preparer

**Not Applicable**
Social Security Number

Address _____

Telephone _____

Name and Social Security number of all other individuals who prepared or assisted in preparing this document:
**Not Applicable**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X **Not Applicable**
Signature of Attorney  Date

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR | |
|---|---|
| Gordon Bogen | 02558500 |
| Gordon Bogen | 02558500 |
| Gordon Bogen | 02558500 |

FORM 1. VOLUNTARY PETITION - Page 3

Name of Debtor(s): Mildred L Proctor

Case Number: _____

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR | |
|---|---|
| Gordon Bogen | 02558500 |
| Gordon Bogen | 02558500 |
| Gordon Bogen | 02558500 |